No. 58, October Term, 1944. TRIBUNE COMPANY ET AL. *v.* UNITED STATES. October 8, 1945. 326 U. S. 1.

No. 507, October Term, 1944. INTERSTATE COMMERCE COMMISSION ET AL. *v.* PARKER ET AL.; and

No. 508, October Term, 1944. UNITED STATES *v.* PARKER ET AL. October 8, 1945. 326 U. S. 60.

No. 560, October Term, 1944. NORTH CAROLINA ET AL. *v.* UNITED STATES ET AL.; and

No. 561, October Term, 1944. DAVIS, ECONOMIC STABILIZATION DIRECTOR, *v.* UNITED STATES ET AL. October 8, 1945. 325 U. S. 507.

No. 570, October Term, 1944. HUNT ET AL. *v.* CRUMBOCH ET AL. October 8, 1945. 325 U. S. 821.

No. 574, October Term, 1944. ALABAMA ET AL. *v.* UNITED STATES ET AL. October 8, 1945. 325 U. S. 535.

No. 592, October Term, 1944. DAVIS, ECONOMIC STABILIZATION DIRECTOR, *v.* UNITED STATES ET AL. October 8, 1945. 325 U. S. 535.

No. 613, October Term, 1944. INLAND EMPIRE DISTRICT COUNCIL ET AL. *v.* MILLIS ET AL. October 8, 1945. 325 U. S. 697.

No. 702, October Term, 1944. ALLEN BRADLEY CO. ET AL. *v.* LOCAL UNION No. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL. October 8, 1945. 325 U. S. 797.